**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 20, 2003**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-60711
_____

NATHANIEL HENLEY; EMMA MOORE; FRANKIE MOORE,

Plaintiffs-Appellants,

versus

PIONEER CREDIT COMPANY; ET AL,

Defendants,

PIONEER CREDIT COMPANY; ROBIN L. PENNINGTON, in her
individual capacity; FREDA WEEKS, in her individual
capacity; AMERICAN RELIABLE INSURANCE COMPANY; VOYAGER
LIFE INSURANCE COMPANY,

Defendants-Appellees

_____

No. 02-60809
_____

NATHANIEL HENLEY; EMMA MOORE; FRANKIE MOORE,

Plaintiffs-Appellants,

versus

PIONEER CREDIT COMPANY; ET AL,

Defendants

AMERICAN RELIABLE INSURANCE COMPANY;
VOYAGER LIFE INSURANCE COMPANY

Defendants-Appellees.

_____

Appeals from the United States District Court
for the Northern District of Mississippi
USDC Nos. 1:01-CV-349-DD and 1:01-CV-453-DD
_____

Before JOLLY, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Nathaniel Henley, Emma Moore, and Frankie Lee Moore appeal the district court's order compelling arbitration of their claims against Pioneer Credit Company and the district court's grant of summary judgment on the merits in favor of American Reliable Life Insurance Company and Voyager Life Insurance Company.  For the essentially the reasons given by the district court, the judgment of the district court is

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.